# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>2 laptop computers, 3 cell phones and 6 thumb drives<br>currently in the possession of the U.S. Secret Service,<br>Spfld., MO (more fully described in Attachment A.) | )<br>)<br>) Case No. 14-SW-3057DPR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Missouri___
*(identify the person or describe the property to be searched and give its location)*:

2 laptop computers, 3 cell phones and 6 thumb drives currently in the possession of the U.S. Secret Service, Spfld., MO (more fully described in Attachment A.)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 13, 2014___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___David P. Rush, U.S. Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___3/31/14  4:10 p.m.___   ___[signature]___
                                                                        *Judge's signature*

City and state: ___Springfield, Missouri___   ___David P. Rush, U.S. Magistrate Judge___
                                                                        *Printed name and title*

ORIGINAL

## Return

Case No.: 14-SW-2057 DPR

Date and time warrant executed: 1500 hrs, 4/9/14

Copy of warrant and inventory left with: ∅

Inventory made in the presence of: TFO Detective Sean Vorse, Ozark Police Department

Inventory of the property taken and name of any person(s) seized:

Forensic data to include images, documents, and correspondence located on each item searched.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/11/2014

*Executing officer's signature*

Daniel J. Altgeyer, Special Agent
*Printed name and title*

Attachment A

The following items were recovered by the Tulsa, Oklahoma Police Department during a search of the Tulsa Inn and Suites Motel, specifically Room #251, located at 8201 E. Skelly Drive in Tulsa, OK on 01/22/14 that was occupied by Phillip Shockey. These items have been transferred from Tulsa Oklahoma Police Department to the United States Secret Service-Western District of Missouri.

1	Silver Dell Laptop computer

    Serial Number: G24X1Z1

1	Black Dell Laptop computer

    Serial Number : F18HYJ1

1	Cell Phone

    Model SGH-I437P
    Serial Number: R31D81KPB8X
    IMEI: 357182050907372

1	Cell Phone

    Model SM-N900V UD
    FCC ID: A3LSMN900V
    IMEI: 990004341542847

1	Cell Phone

    Model SCH-U365 UD
    MEID HEX: A000004565010D

6	USB Thumbdrives

**Attachment B**

**Pertaining to the items listed in Attachment A, the following items are expected to be seized and found:**

- Email and or text message conversations between Phillip Shockey and co-conspirators to include attachments and documents used in the process of manufacturing counterfeit documents.

- Counterfeit IDs in various stages of completion

- Pictures of Genuine IDs

- Documents containing illegally possessed personal identifying information

- Counterfeit Checks in various stages of completion using several different victims.

- Documents and pictures further describing the fraudulent scheme and those involved.